United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLIE HILL,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN MEDICAL SYSTEMS, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-04610 SI |
| FRANCIS BAIA and DAVID PERLINGIERI<br><br>    Plaintiffs,<br><br>  v.<br><br>AMERICAN MEDICAL SYSTEMS, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-04671 SI<br><br>**ORDER STAYING CASES** |

    Currently before the Court are defendants' motion to stay these cases pending resolution of the parties' motions pursuant to 28 U.S.C. section 1407 by the Judicial Panel on Multidistrict Litigation.

    Plaintiffs' responseS to the motions were due on or before January 3, 2012. No responses or oppositions have been filed as of this date. In their joint case management conference statements, the parties indicate that the JPMDL will be hearing the section 1407 motions in late January. In the same filings, plaintiffs indicate they do not oppose a stay pending the resolution of the motions by the JPMDL, at least through February 8, 2012. *See* Case No. 4610 Docket No. 15; Case No. 4671 Docket No. 16.

    For good cause shown, the Court GRANTS defendants' motions to stay these cases pending a

decision on transfer by the JPMDL. Pursuant to Civil Local Rule 7-1(b), the Court VACATES the January 13, 2012 initial case management conferences and the January 27, 2012 hearings on the motions to stay.

**IT IS SO ORDERED.**

Dated: January 10, 1012

SUSAN ILLSTON
United States District Judge